IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Trena A. Frasier | ) | Chapter 13 |
| | ) | |
| Debtor | ) | No. 14-15517-SR |
| | ) | |
| | ) | |

## CERTIFICATION OF NO OBJECTION

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan After Confirmation, and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor