IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Trena A. Frasier : No. 14-15517-SR
Debtor

O R D E R

AND NOW, this_____ day of _____, 2017, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby

ORDERED, that the debtor's confirmed plan is modified to reflect that $20,234.44 has been paid to the Trustee and the Debtor shall pay $540.00 per month for 30 months for a total base amount of $36,434.44 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

cc:

Frederick L. Reigle, Trustee

David M. Offen, Esquire

**Date: February 8, 2017**