IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    Chapter 13

Trena A. Frasier                    :    No. 14-15517-SR
       Debtor

ORDER

AND NOW, this _____ day of _____, 2017, it is hereby ORDERED and DECREED that the Motion to Approve Loan Modification is APPROVED and the Debtor is permitted to obtain a loan modification on her property located at 7310 N. 21st Street, Philadelphia, PA 19138.

**Dated: February 8, 2017**

_Stephen Raslavich_
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

Frederick L. Reigle

David M. Offen

Trena A. Frasier