United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-15517-sr
Trena A. Frasier                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1           Date Rcvd: Feb 09, 2017
                            Form ID: pdf900         Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db            +Trena A. Frasier,    7310 N 21st Street,    Philadelphia, PA 19138-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Feb 10 2017 01:49:02      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2017 01:48:37
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 10 2017 01:48:47      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2017 02:01:49      Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                              TOTAL: 4


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor Trena A. Frasier dmo160west@gmail.com,
         davidoffenecf@gmail.com
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association (Trustee for the
         Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association (Trustee for the
         Pennsylvania Housing Finance Agency) lhaller@pkh.com,  dmaurer@pkh.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association (Trustee for the
         Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        Chapter 13

Trena A. Frasier                :        No.  14-15517-SR
        Debtor

## ORDER

AND NOW, this _____ day of _____, 2017, it is hereby ORDERED and DECREED that the Motion to Approve Loan Modification is APPROVED and the Debtor is permitted to obtain a loan modification on her property located at 7310 N. 21st Street, Philadelphia, PA 19138.

**Dated: February 8, 2017**

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

Frederick L. Reigle

David M. Offen

Trena A. Frasier