IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Trena A. Frasier | : | Case No. 14-15517-SR |
| xxx-xx-6309 | | |
| Debtor | | |

THIRD AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$270.00 EVERY TWO WEEKS FOR 30 MONTHS.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

During the continuance of this Court case, the debtor's wages shall be exempt from garnishment or attachments issuing from any state court, nor shall the employer honor levies on the debtor's wages from the collection of any state or federal taxes

*Stephen Raslavich*                  **February 17, 2017**

HONORABLE STEPHEN RASLAVICH    DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:      David M. Offen Esq.
Frederick L. Reigle, Trustee    Suite 160 West, Curtis Ctr.
Chapter 13 Trustee             Philadelphia, PA 19106
P.O. Box 680                   (215) 625-9600
Memphis, TN  38101-1799

Payroll Controller
Aetna Life Insurance Company
161 Farmington Avenue
Hartford, CT 06156