United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-15517-sr
Trena A. Frasier                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Feb 17, 2017
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db             +Trena A. Frasier,    7310 N 21st Street,    Philadelphia, PA 19138-2108
               +Aetna Life Insurance Company,    Payroll Controller,    161 Farmington Avenue,
                 Hartford, CT 06156-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2017 02:36:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Trena A. Frasier dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) lhaller@pkh.com,    dmaurer@pkh.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee for the
               Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Trena A. Frasier | : | Case No. 14-15517-SR |
| xxx-xx-6309 |  |  |
| Debtor |  |  |

**THIRD AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR REMITTANCE TO STANDING TRUSTEE**

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

**$270.00 EVERY TWO WEEKS FOR 30 MONTHS.**

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

During the continuance of this Court case, the debtor's wages shall be exempt from garnishment or attachments issuing from any state court, nor shall the employer honor levies on the debtor's wages from the collection of any state or federal taxes

*/s/ Stephen Raslavich*

**February 17, 2017**

HONORABLE STEPHEN RASLAVICH    DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:
Frederick L. Reigle, Trustee
Chapter 13 Trustee
P.O. Box 680
Memphis, TN  38101-1799

David M. Offen Esq.
Suite 160 West, Curtis Ctr.
Philadelphia, PA 19106
(215) 625-9600

Payroll Controller
Aetna Life Insurance Company
161 Farmington Avenue
Hartford, CT 06156