IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:   Trena A. Frasier                    )  Chapter 13
                                             )
         Debtor                              )  No. 14-15517-SR
                                             )
                                             )


<u>CERTIFICATION OF NO RESPONSE</u>


I hereby certify that I have received no answer, objection or other responsive pleading to the Supplemental Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.


<u>/s/David M. Offen</u>
David M. Offen
Attorney for Debtor