United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Trena A. Frasier  
      Debtor

Case No. 14-15517-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Apr 07, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2017.  
db         +Trena A. Frasier,    7310 N 21st Street,    Philadelphia, PA 19138-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2017 at the address(es) listed below:  
       DAVID M. OFFEN    on behalf of Debtor Trena A. Frasier dmo160west@gmail.com,  
        davidoffenecf@gmail.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association (Trustee for the  
        Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the  
        Pennsylvania Housing Finance Agency) lhaller@pkh.com,   dmaurer@pkh.com  
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
        ecf_frpa@trustee13.com  
       THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee for the  
        Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Trena A. Frasier : No. 14-15517-SR

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $850.00 are allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available.

DATED: April 6, 2017

HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE