Certificate Number: 12433-PAE-DE-033083213

Bankruptcy Case Number: 14-15517



12433-PAE-DE-033083213

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2019, at 4:51 o'clock PM EDT, Trena A. Frasier completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 9, 2019                By:   /s/Lance Brechbill

                                  Name: Lance Brechbill

                                  Title: Teacher