United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 14-15517-jkf
Trena A. Frasier                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi          Page 1 of 2          Date Rcvd: Jul 16, 2019
                           Form ID: 138NEW       Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
```
db             +Trena A. Frasier,    7310 N 21st Street,    Philadelphia, PA 19138-2108
13344423       +Aes/Sbl Fcu,    1200 N 7th St,    Harrisburg, PA 17102-1419
13344427       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13344428       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13344429       +Bureau Of Accounts Con,    Po Box 538,    Howell, NJ 07731-0538
13344433       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13434075        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
13344435       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13363093        PHILA GAS WORKS,    800 W MONTGOMERY AVE,5F,    PHILADELPHIA, PA 19122,   ATTN:BANKRUPTCY UNIT
13438371       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406,    Attn: ALSV/ Anne
13375462       +U.S. Department of Housing and Urban Development,    1255 Corporate Drive, Suite 300,,
                 Irving, TX 75038-2585
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 17 2019 03:23:17    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE11@state.pa.us Jul 17 2019 03:22:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2019 03:23:14    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:20:00    Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13430127        E-mail/Text: megan.harper@phila.gov Jul 17 2019 03:23:17    City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13344430       +E-mail/Text: bankruptcy@cashcall.com Jul 17 2019 03:23:31    Cashcall Inc,    1 City Blvd W,
                 Orange, CA 92868-3621
13344431       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2019 03:22:42    Comenity Bank/Express,
                 Po Box 182789,    Columbus, OH 43218-2789
13344432       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 17 2019 03:22:43    Comenity Bank/Vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13363121       +E-mail/Text: cio.bncmail@irs.gov Jul 17 2019 03:22:38    DEPARTMENT OF TREASURY,
                 INTERNAL REVENUE SERVICE,    P O BOX 7346,    PHILADELPHIA PA 19101-7346
13344436       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 17 2019 03:23:31
                 Hyundai Capital Americ,    10550 Talbert Ave,    Fountain Valley, CA 92708-6032
13438548       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 17 2019 03:23:31
                 Hyundai Motor Finance,    PO Box 20809,    Fountain Valley, CA 92728-0809
13369925        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2019 03:20:39
                 LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13344437       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 17 2019 03:23:05    Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13366413        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:21:08
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13412023       +E-mail/Text: BKRMailOps@weltman.com Jul 17 2019 03:23:07    PROGRESSIVE INSURANCE CO.,
                 c/o Weltman, Weinberg & Reis, Co., L.P.A,    323 W. Lakeside Avenue, Ste 200,
                 Cleveland, OH 44113-1009
13344438       +E-mail/Text: blegal@phfa.org Jul 17 2019 03:23:06    Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13344440       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:21:10
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13375799       +E-mail/Text: csidl@sbcglobal.net Jul 17 2019 03:23:13    Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13367921        E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2019 03:22:47
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13467018        E-mail/PDF: rmscedi@recoverycorp.com Jul 17 2019 03:20:03
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
```
                                                                                        TOTAL: 20

```
       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13344424*      +Aes/Sbl Fcu,    1200 N 7th St,    Harrisburg, PA 17102-1419
13344425*      +Aes/Sbl Fcu,    1200 N 7th St,    Harrisburg, PA 17102-1419
13344426*      +Aes/Sbl Fcu,    1200 N 7th St,    Harrisburg, PA 17102-1419
13344434*      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13344439*      +Pa Housing Finance Age,    211 N Front St,    Harrisburg, PA 17101-1406
```
                                                                                    TOTALS: 0, * 5, ## 0

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW          Total Noticed: 31
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                    Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Trena A. Frasier dmo160west@gmail.com,
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association (Trustee for the
          Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association (Trustee for the
          Pennsylvania Housing Finance Agency) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
          ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association (Trustee for the
          Pennsylvania Housing Finance Agency) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 7
```

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Trena A. Frasier

                    Debtor(s)                              Bankruptcy No: 14−15517−jkf

                                                                       Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                     For The Court
                                                  Timothy B. McGrath
                                                    Clerk of Court

Dated: 7/16/19

103 − 102
Form 138_new
